1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SANG HYUN PARK & YOUNG HEE PARK,   )
                                       )
13              Plaintiffs,            )   No. C 06-2358-SI
                                       )
14        v.                           )
                                       )
15 DEPARTMENT OF HOMELAND SECURITY,    )   **STIPULATION TO EXTEND DATES;**
   MICHAEL CHERTOFF, SECRETARY,        )   **AND [PROPOSED] ORDER**
16 EMILIO GONZALEZ, DIRECTOR OF        )
   CITIZENSHIP AND IMMIGRATION         )
17 SERVICES, PAUL NOVAK, VERMONT       )
   SERVICE CENTER,                     )
18                                     )
                Defendants.            )
19 _____)

20      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22      1. Plaintiffs filed this action on or about April 4, 2006.

23      2. Defendants' answer is currently due on June 20, 2006.

24      2. Pursuant to this Court's April 4, 2006 Order Setting Initial Case Management Conference,

25 the parties are required to file a joint case management statement on June 30, 2006, and attend a

26 case management conference on July 7, 2006.

27      3. The parties have agreed to give the defendants' a 15-day extension of time to file their

28 answer due to the possibility that this case may be administratively resolved.

STIPULATION AND PROPOSED ORDER
C 06-2358-SI

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer: July 7, 2006

Last day to file/serve Joint Case Management Statement: July 14, 2006

Case Management Conference: July 28, 2006, at 2:00 p.m.

Date: June 20, 2006                                     Respectfully submitted,

                                                        KEVIN V. RYAN
                                                        United States Attorney


                                                        /s/
                                                        EDWARD A. OLSEN[1]
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants


                                                        /s/
Date: June 20, 2006                                     MARK T. KNAPP
                                                        JAYNE FLEMING
                                                        REED SMITH LLP
                                                        Attorneys for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June ___, 2006                                    _____
                                                        SUSAN ILLSTON
                                                        United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jayne Fleming and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION AND PROPOSED ORDER
C 06-2358-SI