1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SANG HYUN PARK & YOUNG HEE PARK, )
                                    )
13         Plaintiffs,               )   No. C 06-2358-SI
                                    )
14    v.                             )
                                    )
15 DEPARTMENT OF HOMELAND SECURITY,  )   **STIPULATION TO DISMISS; AND**
   MICHAEL CHERTOFF, SECRETARY,      )   **[PROPOSED] ORDER**
16 EMILIO GONZALEZ, DIRECTOR OF      )
   CITIZENSHIP AND IMMIGRATION       )
17 SERVICES, PAUL NOVAK, VERMONT     )
   SERVICE CENTER,                   )
18                                    )
           Defendants.                )
19 _____   )

20     The plaintiffs, by and through their attorneys of record, and defendants, by and through their

21 attorneys of record, hereby stipulate to dismissal of the above-entitled action.

STIPULATION TO DISMISS
C 06-2358-SI

| | | |
|---|---|---|
| 1 | Date: July 14, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: July 14, 2006 | /s/<br>MARK T. KNAPP |
| 9 | | JAYNE FLEMING<br>REED SMITH LLP |
| 10 | | Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July ___, 2006

_____
SUSAN ILLSTON
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Jayne Fleming and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS
C 06-2358-SI